THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER,<br><br>Plaintiff,<br><br>v.<br><br>LEWIS COUNTY; LEWIS COUNTY SHERIFF'S OFFICE; STEVE MANSFIELD, individually and in his capacity as Lewis County Sheriff; and KEVIN HANSON, individually and in his capacity as Lewis County Jail Administrator; JIM PEA, individually and in his capacity as Lewis County Administrative Lieutenant,<br><br>Defendants. | No. 3:14-cv-05304-BHS<br><br>STIPULATED MOTION & ORDER FOR APPROVAL TO FILE OVER-LENGTH REPLY BRIEF (BY SEVEN PAGES)<br><br>NOTE ON MOTION CALENDAR:<br>May 27, 2014 |

Under LCR 7(f), Plaintiff respectfully asks the Court for leave to file an additional seven pages on reply, in support of its motion for Preliminary Injunction. Plaintiff's reply is due on Friday, May 30. This case involves Constitutional free speech and due process issues that are evaluated under multi-part standards, as well as standards for equitable relief. In addition to addressing the merits, Plaintiff requests additional pages to adequately address Defendants' argument that PLN lacks standing to challenge the Jail's policy restricting mail to postcards only and the irreparable harm caused to prisoners and their families and friends.

A request for more pages is disfavored and Plaintiff's counsel rarely makes such a request, but does so here because more pages are necessary to submit adequate briefing on

STIPULATED MOTION & [PROPOSED] ORDER FOR APPROVAL
TO FILE OVER-LENGTH REPLY BRIEF (BY SEVEN PAGES) - 1

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

9870.14 he276702

1   standing. Declaration of Jesse Wing ¶2. Defense counsel has stated that he does not objection to

2   the Court granting this request. *Id.* ¶1.

3       DATED this 27th day of May, 2014.

                        MacDONALD HOAGUE & BAYLESS

                        By:  *s/ Jesse Wing*
                             Jesse Wing, WSBA # 27751
                             Katherine C. Chamberlain, WSBA # 40014
                             MacDONALD HOAGUE & BAYLESS
                             705 Second Avenue, Suite 1500
                             Seattle, WA 98104
                             Telephone: 206.622.1604
                             E-Mail:  JesseW@mhb.com
                                           KatherineC@mhb.com
                         *Attorneys for Plaintiff PRISON LEGAL NEWS*

STIPULATED MOTION & [PROPOSED] ORDER FOR APPROVAL
TO FILE OVER-LENGTH REPLY BRIEF (BY SEVEN PAGES) - 2

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

9870.14 he276702

# ORDER

The Court hereby approves and orders the motion for approval to file over-length reply brief by seven pages.

IT IS SO ORDERED.

DATED this 28 of May, 2014.

_____
THE HONORABLE

PRESENTED BY:

MacDONALD HOAGUE & BAYLESS

By: *s/ Jesse Wing*
Jesse Wing, WSBA # 27751
Katherine C. Chamberlain, WSBA # 40014
MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, WA 98104
Telephone: 206.622.1604
E-Mail: JesseW@mhb.com
KatherineC@mhb.com
*Attorneys for Plaintiff PRISON LEGAL NEWS*

STIPULATED MOTION & [PROPOSED] ORDER FOR APPROVAL
TO FILE OVER-LENGTH REPLY BRIEF (BY SEVEN PAGES) - 3

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

9870 14 he276702